Matt Schultz, Esq.
Ned McWilliams, Esq.
Christopher G. Paulos, Esq.
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Office: 850-435-7000
Fax: 850-436-6066
mschultz@levinlaw.com
nmcwilliams@levinlaw.com
cpaulos@levinlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Case No. 3:19-md-02913-WHO<br><br>Honorable William H. Orrick |
| **This Document Relates to:**<br><br>Z.W., a minor by and with his parent and natural guardian, ANGELA WILLIAMSON<br><br>    Plaintiff,<br>  v.<br><br>JUUL LABS, INC., et al.,<br><br>    Defendants. | **JURY TRIAL DEMANDED** |

## SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL
### (PERSONAL INJURY)

The Plaintiff named below files this *Short-Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Consolidated Master Complaint (Personal Injury),* in *In re Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2913 in the

- 1 -

United States District Court for the Northern District of California. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order No. 7 of this Court.

Plaintiff selects and indicates by checking-off where requested, the Parties and Causes of Actions specific to this case.

Plaintiff, by and through their undersigned counsel, alleges as follows:

## I. DESIGNATED FORUM[1]

1. Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

   United States District Court for the Northern District of Alabama

   ("Transferee District Court").

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF

2. *Injured Plaintiff:* Name of the individual injured due to use of JUUL products:

   Z.W., a minor.

   ("Plaintiff").

3. At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at:

   Pinson, Alabama.

### B. DEFENDANTS

4. Plaintiff names the following Defendants in this action

   ☒ JUUL LABS, INC., previously d/b/a as PAX LABS, INC. and PLOOM INC.;[2]

   ☒ ALTRIA GROUP, INC.;[3]

   ☒ PHILIP MORRIS USA, INC.;[4]

---

[1] *See* Case Management Order No. 3, at II(C) (ECF No. 309).

[2] Delaware corporation, with its principal place of business in San Francisco, California.

[3] Virginia corporation, with its principal place of business in Richmond, Virginia.

[4] Virginia corporation with its principal place of business in Richmond, Virginia.

☒ ALTRIA CLIENT SERVICES LLC;[5]

☒ ALTRIA GROUP DISTRIBUTION COMPANY;[6]

☒ ALTRIA ENTERPRISES LLC;[7]

**THE MANAGEMENT DEFENDANTS**

☒ JAMES MONSEES;[8]

☒ ADAM BOWEN;[9]

☒ NICHOLAS PRITZKER;[10]

☒ HOYOUNG HUH;[11]

☒ RIAZ VALANI;[12]

**THE E-LIQUID MANUFACTURING DEFENDANTS**

☒ MOTHER MURPHY'S LABS, INC.;[13]

☒ ALTERNATIVE INGREDIENTS, INC.;[14]

☒ TOBACCO TECHNOLOGY, INC.;[15]

☒ eLIQUITECH, INC.;[16]

**THE DISTRIBUTOR DEFENDANTS**

---

[5] Virginia limited liability company with its principal place of business in Richmond, Virginia.

[6] Virginia corporation with its principal place of business in Richmond, Virginia.

[7] Virginia limited liability company with its principal place of business in Richmond, Virginia.

[8] A resident of California.

[9] A resident of California.

[10] A resident of California.

[11] A resident of California.

[12] A resident of California.

[13] North Carolina corporation, with a principal place of business in North Carolina.

[14] North Carolina corporation, with a principal place of business in North Carolina.

[15] Maryland corporation, with a principal place of business in Maryland.

[16] Maryland corporation, with a principal place of business in Maryland.

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

☒ MCLANE COMPANY, INC.;[17]

☒ EBY-BROWN COMPANY, LLC;[18]

☒ CORE-MARK HOLDING COMPANY, INC.;[19]

**THE RETAILER DEFENDANTS**

☐ CHEVRON CORPORATION;[20]

☐ CIRCLE K STORES INC.;[21]

☐ SPEEDWAY LLC;[22]

☐ 7-ELEVEN, INC.;[23]

☐ WALMART;[24]

☐ WALGREENS BOOTS ALLIANCE, INC.[25]

C. **PRODUCT USE**

5. Plaintiff used JUUL during the time period including from January 2016 to present and that use caused and or substantially contributed to his injury.

D. **PHYSICAL INJURY**[26]

---

[17] Texas corporation with a principal place of business in Texas.

[18] Delaware limited liability company with a principal place of business in Illinois.

[19] Delaware corporation. From 2015-2018, principal place of business California; as of 2019, principal place of business Texas.

[20] Delaware corporation with a principal place of business in California.

[21] Texas corporation with a principal place of business in Arizona.

[22] Delaware corporation with a principal place of business in Ohio.

[23] Texas corporation with a principal place of business in Texas.

[24] Delaware corporation with a principal place of business in Arkansas.

[25] Delaware corporation with a principal place of business in Illinois.

[26] Plaintiff must check-off all physical injuries allegedly caused by Plaintiff's use of JUUL. Plaintiff is not required to plead here emotional or psychological injuries, or all manifestations of the physical injury alleged which will be inquired into as part of the Plaintiff's Fact Sheet ("PFS"). This *Short-Form Complaint* assumes that emotional and psychological damages are asserted by the Plaintiff.

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

6. The Plaintiff experienced the following physical condition, injury or illness alleged to have been caused and or contributed to as a substantial factor by JUUL:

☒ ADDICTION

☐ NICOTINE POISIONING

☒ BEHAVIORAL ISSUES/MENTAL HEALTH (check all that apply):
  ☒ ANGER/OUTBURSTS
  ☐ MOOD SWINGS
  ☒ IRRITABILITY
  ☐ SUICIDAL THOUGHTS
  ☐ SUICIDAL ATTEMPTS
  ☐ DEATH BY SUICIDE
  ☒ OTHER (specify): DEPRESSION and ANXIOUSNESS_____

☐ COGNITIVE ISSUES (check all that apply):
  ☒ ATTENTION DEFICIT DISORDER
  ☐ LEARNING IMPAIRMENTS
  ☐ LACK OF CONCENTRATION
  ☒ TROUBLE SLEEPING
  ☐ OTHER (specify):_____

☐ CARDIOVASCULAR (check all that apply):
  ☐ HEART ATTACK
  ☐ OTHER CARDIOVASCULAR DIAGNOSIS (specify):

☐ NEUROLOGIC (check all that apply):
  ☐ SEIZURES
  ☐ STROKE

☐ RESPIRATORY/LUNG (check all that apply):
  ☐ ACUTE EOSINOPHILIC PNEUMONIA/PULMONARY EOSINOPHILIA
  ☐ ACUTE INTERSTITIAL PNEUMONITIS OR ACUTE PNEUMONIA
  ☐ ACUTE RESPIRATORY DISTRESS SYNDROME (ARDS)

☐ ASTHMA
☐ BRONCHITIS
☐ CHRONIC LUNG PROBLEMS
☐ CHRONIC OBSTRUCTIVE PULMONARY DISEASE (COPD)
☐ E-CIGARETTE, OR VAPING, PRODUCT USE ASSOCIATED LUNG INJURY (EVALI)
☐ ESPHYSEMA
☐ LIPOID PNEUMONIA
☐ LUNG TRANSPLANT
☐ OTHER SPECIFIED INTERSTITIAL PULMONARY DISEASE
☐ PNEUMONIA (any type) (specify): _____
☐ POPCORN LUNG/BRONCHIOLITIS OBLITERANS

☐ DEATH

☒ OTHER PERSONAL INJURIES (specify):

Plaintiff's nicotine addiction from JUUL permanently injured and altered his developing brain. In addition to her severe nicotine addiction and breathing problems, Plaintiff has suffered harm through exposure to toxic substances, which may cause or contribute to causing disease and future health problems. Plaintiff additionally has suffered from conflict in his personal relationships and with her family as a result of her JUUL use.

7. The physical condition, injury or illness alleged in paragraph 6 occurred on or about: March of 2017, and continued thereafter.

V. **CAUSES OF ACTION ASSERTED**

8. The following Causes of Action asserted in the *Plaintiffs' Consolidated Master Complaint (Personal Injury),* and the allegations with regard thereto in the *Plaintiffs' Consolidated Master Complaint (Personal Injury),* are adopted in this *Short Form Complaint* by reference:

| Check if Applicable | Cause of Action Number | Cause of Action |
|---|---|---|
| ☒ | I | STRICT LIABILITY - DESIGN DEFECT |

| Check if Applicable | Cause of Action Number | Cause of Action |
|---|---|---|
| ☒ | II | STRICT LIABILITY - FAILURE TO WARN |
| ☒ | III | STRICT LIABILITY - MANUFACTURING DEFECT |
| ☒ | IV | PRODUCTS LIABILITY - NEGLIGENT DESIGN |
| ☒ | V | PRODUCTS LIABIITY –NEGLIGENT FAILURE TO WARN |
| ☒ | VI | PRODUCTS LIAIBILITY – NEGLIGENT MANUFACTURING |
| ☒ | VII | NEGLIGENCE AND/OR GROSS NEGLIGENCE |
| ☒ | VIII | NEGLIGENT FAILURE TO RECALL/ RETROFIT |
| ☒ | IX | NEGLIGENT MISREPRESENTATION |
| ☒ | X | FRAUD |
| ☒ | XI | FRAUDULENT CONCEALMENT |
| ☒ | XII | CONSPIRACY TO COMMIT FRAUD |
| ☒ | XIII | UNJUST ENRICHMENT |
| ☒ | XIV | VIOLATION OF DECEPTIVE TRADE PRACTICES ACT: Violation of Ala. Stat. §8-19-1 et seq. |
| ☒ | XV | BREACH OF EXPRESS WARRANTY |
| ☒ | XVI | BREACH OF AN IMPLIED WARRANTY OF MERCHANTABILITY |
| ☐ | XVII | WRONGFUL DEATH |
| ☐ | XVIII | SURVIVAL ACTION |
| ☐ | XIX | LOSS OF CONSORTIUM |

## VI. ADDITIONAL CAUSES OF ACTION

9. Plaintiff asserts the following additional theories against the Defendants designated in paragraph 4 above:

> Plaintiff reserves the right to seek leave to amend this Complaint as facts and evidence are discovered, pursuant to the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants for compensatory, treble, and punitive damages, medical monitoring to diagnose JUUL induced injuries at an earlier date to allow for timely treatment and prevention of exacerbation of injuries, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the Court deems equitable and just, and as set forth in the *Plaintiffs' Consolidated Master Complaint (Personal Injury)*.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: April 23, 2021

/s/ *Christopher G Paulos*
Christopher G. Paulos (CA Bar #272750)
Matt Schultz (*Pro Hac Vice*)
Neil E. McWilliams, Jr. (*Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Office: 850-435-7000
Fax: 850-436-6066
cpaulos@levinlaw.com
mschultz@levinlaw.com
nmcwilliams@levinlaw.com
(Attorneys for Plaintiff)